IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MARJORIE M. GILLESPIE, et al.<br><br>　　　　　　　　　　　Appellants<br>v.<br><br>LORI DRING and NANCY ASARO<br><br>　　　　　　　　　　　Appellees | No. 19-2073 |

**MOTION FOR EXTENSION TO FILE RESPONSE TO JURISDICTIONAL DEFECT QUESTION**

1. On May 21, 2019, Appellants, Marjorie M. Gillespie, et al., filed a Notice of Appeal from the Order of the United States District Court for the Middle District of Pennsylvania of October 10, 2018.

2. On that same day, by Order of the Court and signed by Patricia S. Dodszuweit, all parties were ordered to address the appealability of the October 10, 2018 Order.

3. Counsel for both Appellants and Appellees have stipulated to request an extension for parties to file written responses regarding the appealability of the October 10, 2018 Order.

4. As a result, the parties jointly request an extension for fourteen (14) days, until June 18, 2019.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**OLIVER, PRICE & RHODES**

/s/Joseph A. O'Brien
_____
Joseph A. O'Brien, Esq.
Attorney I.D. No.: 22103
1212 South Abington Road
Clarks Summit, PA 18411
Tel: (570) 585-1200
Fax: (570) 585-5100
Email: jaob@oprlaw.com

## CERTIFICATE OF SERVICE

I, **JOSEPH A. O'BRIEN, ESQUIRE**, of Oliver, Price & Rhodes, hereby certify that on the 3rd day of June, 2019, I caused the foregoing MOTION FOR EXTENSION TO FILE RESPONSE TO JURISDICTIONAL DEFECT QUESTION to be filed via the Court's ECF system and to James King, the case agent in this matter, via email upon permission from same. I also served the foregoing Motion upon counsel for Appellees via email, as below:

| | |
|---|---|
| Rosenn, Jenkins and Greenwald, LLP | Michael Profita, Esq. |
| Robert N. Gawlas, Jr., Esquire | Decotiss, FitzPatrick & Cole, LLP |
| 15 South Franklin Street | Glenpointe Cenre West |
| Wilkes Barre, PA   18711-0075 | 500 Frank W. Burr Blvd., Suite 31 |
| rgawlas@rjglaw.com | Teaneck, NJ 07666 |
| | mprofita@decotiislaw.com |

                /s/ Joseph A. O'Brien
                Joseph A. O'Brien, Esq.

1
# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

MARJORIE M. GILLESPIE, et al.

　　　　　　　　　　　　Appellants

v.

LORI DRING and NANCY ASARO

　　　　　　　　　　　　Appellees

No. 19-2073

**ORDER**

AND NOW, this _____ day of June, 2019, it is HEREBY ORDERED that the deadline established in Order of this Court of May 21, 2019 for the parties to file written responses addressing the issue of the appealability of the October 10, 2018 Order is EXTENDED to June 18, 2019.

FOR THE COURT:

_____